IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOSE ELIAS MARTINEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE WHITING-TURNER CONTRACTING COMPANY, et al., <br><br> Defendants. | Case No. 1:23-cv-3441-MJM |

**JOINT STIPULATION OF DISMISSAL OF CROSS-CLAIMS WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41, Defendants The Whiting-Turner Contracting Company, Centerline Construction Company, and Congratulations Construction Inc., through their respective counsel, hereby submit this Joint Stipulation of Dismissal Without Prejudice dismissing without prejudice all of their respective cross-claims against each other.

This Joint Stipulation does not apply to any confessed judgment actions or other remedies Centerline Construction Company has against Congratulations Construction, Inc. or Walter Marquez.

Dated: July 7, 2025                                     Respectfully submitted,


                                                        /s/ (with permission by J. Hammerschmidt)
                                                        Frank L Kollman (Bar No. 01821)
                                                        Vincent P. Jackson (Bar No. 20878)
                                                        Kollman & Saucier, P.A.
                                                        The Business Law Building
                                                        1823 York Road
                                                        Timonium, Maryland 21093
                                                        (410) 727-4300 – phone
                                                        (410) 727-4391 – fax
                                                        FKollman@KollmanLaw.com
                                                        VJackson@KollmanLaw.com

1

*Attorneys for Defendant Centerline Construction Company*


/s/ James R. Hammerschmidt
James R. Hammerschmidt, Bar No. 22223
jrhammerschmidt@lerchearly.com
Matthew H. Tranter, Bar No. 21389
mhtranter@lerchearly.com
LERCH, EARLY & BREWER, CHTD.
7600 Wisconsin Avenue, Suite 700
Bethesda, MD 20814
Phone: (301) 841-0189

*Counsel for Defendant Congratulations Construction Inc.*


/s/ (with permission by J. Hammerschmidt)
Daniel H. Aiken (pro hac vice)
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, Pennsylvania 19103
Phone: (215) 988-2700
Fax: (215) 988-2757
daniel.aiken@faegredrinker.com

William R. Horwitz (pro hac vice)
FAEGRE DRINKER BIDDLE & REATH LLP
600 Campus Drive
Florham Park, New Jersey 07932
Phone: (973) 549-7000
Fax: (973) 360-9831
william.horwitz@faegredrinker.com

*Counsel for Defendant The Whiting-Turner Contracting Company*